# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Billy Doyle,                                         Civil No. 12-CV-1387 (MJD/TNL)

      Plaintiff,

v.                                                   **ORDER**

Mary A. White, Malinda Champs,
Bev Kernz, Diane Henry, et al., and
Minneapolis Public Housing Authorities,

      Defendants.

---

Billy Doyle
177 Glenwood Avenue North
Apartment101
Minneapolis, MN 55405

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 19, 2012 (Docket No. 10), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis (Docket No. 2) is **DENIED**;

2. 2. Plaintiff's motion for leave to file a supplemental pleading (Docket No. 8) is **DENIED AS MOOT**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: <u>January 22, 2013</u>                         <u>s/Michael J. Davis</u>
                                                     The Honorable Michael J. Davis
                                                     United States District Court Judge
                                                     for the District of Minnesota